IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **IDRIS MERIDA,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| vs. | : | **CIVIL ACTION: 22-358-KD-MU** |
| | : | |
| **OLIN CORPORATION,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection (doc. 19) is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 17) is ADOPTED as the opinion of this Court.

Accordingly, Plaintiffs' motion to remand (doc. 6) is GRANTED, and this action is REMANDED to the Circuit Court of Washington County, Alabama.

DONE this the 27th day of January 2023.

        s/ Kristi K. DuBose
        KRISTI K. DuBOSE
        UNITED STATES DISTRICT JUDGE